**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Samuel Acy Wesley, II,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Dora Schriro, et al,<br><br>　　　　　Defendants. | No. CV-06-2628-PHX-EHC (LOA)<br><br>**ORDER** |

　　　　This matter arises on the Court's review of the file. Plaintiff commenced this action on November 2, 2006. (docket # 1) On April 9, 2007, the Court ordered service on Defendants Schriro, Ryan, Flanagan, Yolanda Martinez, Thornsberry, Pfiser, Kinsler, Ontiveros, Toersbijn, Arnold, Regina Martinez, and Martin. (docket # 11) The Court further ordered that Plaintiff must serve Defendants either within 120 days of the filing of the Complaint or within 60 days of the Court's April 9, 2007 Order, whichever is later. (docket # 11) Accordingly, the deadline for completing service was June 10, 2007.

　　　　Plaintiff did not serve Defendants Ryan, Ontiveros, Flanagan, Arnold, Thornsberry, Yolanda Martinez, and Kinsler by the June 10, 2007 deadline. (dockets # 20-25, 28-32)  The Court, therefore, ordered Plaintiff to show cause why this matter should not be dismissed without prejudice for failure to comply with Court orders pursuant to Fed.R.Civ.P. 41(b) and for failure to serve pursuant to Fed.R.Civ.P. 4(m) on or before August 13, 2007. (docket # 34)

　　　　In response to the Order to Show Cause, Plaintiff requested the Court's assistance in obtaining the addresses of the unserved defendants. (docket # 39) On August 20, 2007, the

Court ordered the served parties to provide, under seal, the last known addresses of Defendants Ryan, Ontiveros, Flanagan, Arnold, Thornsberry, Yolanda Martinez, and Kinsler. (docket # 40) The Court further ordered that Plaintiff must accomplish service of process on or before September 20, 2007. (*Id.*)

On August 30, 2007, the served Defendants complied with the August 20, 2007 Order by providing the requested addresses under seal. (docket # 43) The U.S. Marshal Service subsequently attempted service on Defendants Ryan, Ontiveros, Flanagan, Arnold, Thornsberry, Yolanda Martinez, and Kinsler. (docket entry dated September 7, 2007) Defendants Yolanda Martinez, Kinsler, Ontiveros, Flanagan, and Arnold were served. (dockets ## 50, 53, 54, 55, 56) As of October 2007, service was returned unexecuted as to defendant Ryan (docket # 47) and the docket did not contain any further information regarding the status of service on defendant Thornsberry.

In view of Plaintiff's continued failure to serve Ryan and Thornsberry, the Court ordered Plaintiff to show cause on or before November 13, 2007 why his claims against Defendants Ryan and Thornsberry should not be dismissed, without prejudice, for failure to serve pursuant to Fed.R.Civ.P. 4(m). (docket #60) On November 7, 2007, a waiver of service was filed for Defendant Thornsberry. (docket # 61) Defendant Ryan, however, has not been served and Plaintiff has not responded to the Order to Show Cause.

Federal Rule of Civil Procedure 4(m) provides that:

> [i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time.

Plaintiff filed this matter on November 2, 2006. (docket # 1) Accordingly, Rule 4(m)'s 120-day time limit has long since expired. The Court has already granted Plaintiff additional time to accomplish service and has assisted Plaintiff in his efforts to obtain Defendant Ryan's address. In view of Plaintiff's repeated failure to serve Defendant Ryan despite the assistance of the Court and the served defendants, and his failure to respond to the Order to Show Cause,

1 the Court will dismiss Plaintiff's claims against Defendant Ryan for failure to serve pursuant
2 to FED.R.CIV.P. 4(m) and for failure to comply with court orders pursuant to FED.R.CIV.P.
3 41(b).

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Defendant Ryan are dismissed without prejudice for failure to serve pursuant to FED.R.CIV.P. 4(m) and for failure to comply with Court orders pursuant to FED.R.CIV.P. 41(b).

DATED this 5th day of December, 2007.

*/s/ Earl H. Carroll*
Earl H. Carroll
United States District Judge

- 3 -